IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA

VS

CR NO.   8:17CR223

DEMETRIS ANTWON GOODE

# PLEA

The defendant, **DEMETRIS ANTWON GOODE**, having withdrawn a previously entered plea of NOT GUILTY, pleads **GUILTY** to Count ___1___ of the **Indictment/Superseding Indictment/Information** after arraignment in open court.

(Signed) Defendant

Greenville, South Carolina