IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 8:17-cr-223 |
| | ) | |
| v. | ) | **AMENDED INFORMATION** |
| | ) | |
| | ) | |
| DEMETRIS ANTWON GOODE | ) | |

The United States of America files this Information pursuant to Title 21, United States Code, Section 851, thereby notifying the defendant that DEMETRIS ANTWON GOODE is subject to increased penalties provided by Title 21, United States Code, Sections 841 and 846, based on the following convictions:

a. April 17, 2009 – convicted of Possession with Intent to Distribute Crack Cocaine Near a School in General Sessions Court in Greenwood County, South Carolina, Indictment Number 2008-GS-24-1735. The Defendant received a sentence of 10 years.

The government reserves the right to amend this Information.

        SHERRI A. LYDON
        UNITED STATES ATTORNEY

      By: s/Leesa Washington
        Leesa Washington (#06973)
        Assistant U. S. Attorney
        55 Beattie Place, Suite 700
        Greenville, SC 29601
        Telephone: 864-282-2109
        Email: Leesa.Washington@usdoj.gov

April 19, 2019